IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEAN C.,

    Plaintiff,

    v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 1:18-cv-01954-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 17), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although neither party filed objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 17) is adopted in full. The Commissioner's decision is REVERSED and REMANDED for the immediate payment of benefits.

IT IS SO ORDERED.

    DATED this 12th day of February 2021.

                                              /s/ Michael J. McShane
                                              Michael McShane
                                            United States District Judge